**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Catherine Crofoot,                                        Civil No. 12-202 (RHK/JSM)

          Plaintiff,

v.

          **ORDER FOR DISMISSAL**

Allied Collection Services, Inc.,

          Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  April 25, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge